IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BROADCAST MUSIC, INC.; STONE DIAMOND MUSIC CORP.; ABKCO MUSIC, INC.; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**B & B ENTERTAINMENT, INC. d/b/a CREHAN'S IRISH PUB; BARRY R. GREGORY; and PATTI L. GREGORY,** each individually,<br><br>*Defendants.* | CASE NO. 14-cv-1337-JPG/PMF<br><br>CJRA TRACK: "C"<br><br>Hon. J. Phil Gilbert<br><br>Mag. J. Philip M. Frazier |

**DECLARATION OF CHARLES A. LAFF**

I, Charles A. Laff, submit this Declaration in Support of Plaintiffs' Motion for Summary Judgment:

1.   I am a partner in the Intellectual Property Group at Michael Best & Friedrich LLP, counsel for Plaintiffs in this action. My practice is almost exclusively intellectual property matters.

2.   I submit this declaration in support of Plaintiffs' Motion for Summary Judgment. All of the facts in this declaration are made upon my personal knowledge or upon my review of the records that Michael Best & Friedrich LLP regularly keeps in the ordinary course of its business, and is true and correct to the best of my knowledge, information, and belief.

3.   From November 21, 2014, to date, my hourly billing rate has been $650.00/hr. Based on my experience in this community, this rate is comparable to other intellectual property attorneys and litigators in the Chicago area with similar experience and expertise. I have had

BMI
**Ex. 6**
Case No. 14-cv-1337-JPG/PMF

one partner, Gilberto E. Espinoza, assist me with this case.  Mr. Espinoza's hourly rate from November 21, 2014, through December 31, 2014 was $370.00/hr and from January 1, 2015, to date has been $400.00/hr, which is comparable to the billing rates for intellectual property partners in the Chicago area with similar experience.

4. According to the timekeeping records that Michael Best & Friedrich LLP regularly keeps in the ordinary course of its business, through January 31, 2016, I have spent a total of 6.80 hours working on this matter and Mr. Espinoza spent a total of 32.30 hours working on this matter.  This includes preparation and filing of the complaint, service of process on the Defendants, telephonic court appearances, settlement discussions with counsel for defendants, preparation of discovery requests, and preparation of Plaintiffs' Motion for Summary Judgment through January 31, 2016.  The total billed and unbilled fees through January 31, 2016, equal $19,565.00.  The billed and unbilled costs through that period are $648.66.  I estimate that the additional time necessary to complete, file and present Plaintiffs' Motion for Summary Judgment will be at least 3 hours of attorney time (Mr. Espinoza, 2.0 hours; Mr. Laff, 1.0 hour).  Additional costs should not exceed $200.  Using the foregoing hourly rates for myself and Mr. Espinoza to complete the remaining work, I estimate additional fees and costs to be $1,650.00.  Accordingly, the total fees and costs for entering summary judgment are estimated to be $21,863.66.

Pursuant 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct.

Date:  February 9, 2016

      /s/ Charles A. Laff
      CHARLES A. LAFF