IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| Broadcast Music Inc., et al., | ) | |
| | ) | CASE NO: 14-CV-1337-JPG |
| Plaintiff(s), | ) | **MINUTES OF COURT** |
| | ) | |
| vs. | ) | DATE: 7/25/2016 |
| | ) | |
| | ) | |
| B & B Entertainment, Inc., et al., | ) | PLACE:  Benton, IL |
| | ) | |
| Defendant(s). | ) | |

PRESENT:  **HONORABLE J. PHIL GILBERT, U. S. DISTRICT JUDGE**

DEPUTY CLERK: Tina Gray          COURT REPORTER: Stephanie Rennegarbe

COUNSEL FOR PLAINTIFF(S): Zach Watters

COUNSEL FOR DEFENDANT(S): Lloyd M. Cueto

MINUTE ORDER IN CHAMBERS ( ):

PROCEEDING: Re: Reasonable Costs and Attorney Fees

TIME: 30 minutes

All parties noted are present in court.

This matter comes before the court on Reasonable Costs and Attorney Fees.

Parties have fourteen days to come to an agreement regarding attorney fees or the Court will determine reasonable fees and enter an order regarding same.

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Tina Gray
Deputy Clerk