IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BROADCAST MUSIC INC., *et al*,

    Plaintiffs,

vs.

B & B ENTERTAINMENT, INC., doing Business as Crehan's Irish Pub, BARRY R. GREGORY, and PATTI L. GREGORY,

    Defendants.

Case No. 14-cv-01337-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment in this case is entered in favor of plaintiffs Broadcast Music, Inc., Stone Diamond Music Corp., ABKCO Music, Inc., Ronder Music International Inc., d/b/a Irving Music and against defendants B&B Entertainment, Inc., d/b/a Crehan's Irish Pub, Barry R. Gregory and Patti L. Gregory; in the amounts of:

    a.    $10,289.18 in statutory damages; and

    b.    $13,373.66 in costs and reasonable attorney fees;

For a total monetary judgment of Twenty Three Thousand Six Hundred Sixty Two Dollars and Eighty Four Cents ($23,662.84) and permanent injunctive relief as follows:

Defendants B & B Entertainment, Inc., d/b/a Crehan's Irish Pub, Barry R. Gregory, and Patti L. Gregory, jointly and severally, and their agents, servants, employees, and all person acting under their permission or authority, shall be permanently enjoined and restrained from infringing, in any manner, the

copyrighted musical compositions licensed by Broadcast Music, Inc. pursuant to 17 U.S.C. § 502.

**DATED**: 8/30/2016   **JUSTINE FLANAGAN,
Acting Clerk of Court
*s/Tina Gray*, Deputy Clerk**

**Approved:**

*s/J. Phil Gilbert*
**J. PHIL GILBERT
DISTRICT JUDGE**